Charles Lantry, Trustee Under Trust Agreement Dated June 1, 1960 and Known as Trust No. BLW-1, Plaintiff-Appellant, v. Village of Homewood, a Municipal Corporation, Defendant-Appellee.

Gen. No. 49,848.

First District, Second Division.

November 9, 1965.

Rehearing denied November 30, 1965.

Altheimer, Gray, Naiburg, Strasburger & Lawton, of Chicago (Samuel T. Lawton, Jr., of counsel), for appellant; Winston, Strawn, Smith & Patterson, of Chicago (Richard W. Austin, of counsel), for appellee. **Not to be published in full.**